NUMBER 13-06-323-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


YVONNE PORTIER, Appellant,


v.



BOBBY R. KUYKENDALL, Appellee.

___________________________________________________________________


On appeal from the 250th District Court


of Travis County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam


 Appellant, YVONNE PORTIER, perfected an appeal from a judgment entered by
the 250th District Court of Travis, in cause number 94-10448. After the notice of
appeal was filed, appellant filed a motion to dismiss the appeal. In her motion, 
appellant states that she no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 14th day of September, 2006.